**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6216**

_____

ERIC RICARDO EXUM,

          Plaintiff - Appellant,

    v.

LIEUTENANT DONNA; SERGEANT JORDAN; CORRECTIONAL OFFICER II
CURTIS; CAPTAIN VENABLE; WARDEN ROBERT DEAN,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Julie R. Rubin, District Judge.  (1:23-cv-02888-JRR)

_____

Submitted:  February 26, 2026                    Decided:  March 3, 2026

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Ricardo Exum, Appellant Pro Se.  Brittaney Ferrier, Assistant Attorney General,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Ricardo Exum, a Maryland inmate, appeals the district court's order dismissing his civil action for failure to state a claim on which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Exum's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fouth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Exum's motion for default judgment, and we affirm the district court's order. *Exum v. Donna*, No. 1:23-cv-02888-JRR (D. Md. Mar. 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*